UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 15, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHABINA SHOBA DEBBIE,

Defendant.

Case No.  2:19-mj-00029-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   SHABINA SHOBA DEBBIE ,

Case No.  2:19-mj-00029-CKD  Charge 18 USC § 1709 , from custody for the

following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   X    Unsecured Appearance Bond $     25,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

   X    (Other):  No Pretrial Supervision

Issued at Sacramento, California on February 15, 2019 at  2:00 pm .

By: _____

Magistrate Judge Carolyn K. Delaney